1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT

## IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA SHAHBAZIAN and EDWIN MENDOZA, individuals, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FAST AUTO LOANS, INC., a California Corporation; and Does 1 through 50, Inclusive,<br><br>Defendant. | Case No. **2:18-cv-03076-ODW-KS**<br><br>**ORDER GRANTING STIPULATION FOR LEAVE FOR PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT** |

1  PURSUANT TO STIPULATION, IT IS SO ORDERED that: Plaintiffs
2  LINDA SHAHBAZIAN and EDWIN MENDOZA may have leave to file the
3  Second Amended Complaint, a copy of which is attached as <u>Exhibit #1</u> to the
4  Stipulation For Leave For Plaintiffs To File A Second Amended Complaint;
5  Defendant FAST AUTO LOANS, INC., shall not be required to file an answer or
6  other response to the Second Amended Complaint unless the Court does not
7  approve the settlement reached by the parties; and Defendant shall have twenty one
8  (21) days from the later of the date (if any) that the Court denies Plaintiffs' motion
9  for preliminary approval of the settlement or the date (if any) that the Court denies
10 a motion for final approval of the settlement to file its response to the Second
11 Amended Complaint.

**IT IS SO ORDERED**.

Dated:   September 26, 2018

_____
HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE