NOTE: CHANGES MADE BY THE COURT

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10
11

LINDA SHAHBAZIAN and EDWIN MENDOZA, individuals, on behalf of themselves, and on behalf of all persons similarly situated,

Case No. **2:18-cv-03076-ODW-KS**

12
13

**ORDER GRANTING JOINT STIPULATION TO EXTEND THE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

14
15

Plaintiffs,

vs.

16
17

FAST AUTO LOANS, INC., a California Corporation; and Does 1 through 50, Inclusive,

18
19

Defendant.

20
21
22
23
24
25
26
27
28

2:18-cv-03076-ODW-KS

Order

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

The Court has reviewed the Parties' Joint Stipulation to Extend the Deadline to File Motion for Preliminary Approval of Settlement.  Good cause appearing therefore, it is hereby ORDERED that the Stipulation is GRANTED.  The deadline to file a motion for preliminary approval of settlement is extended by three weeks and is now due by October 25, 2018.  No further continuances will be granted absent a showing of GOOD CAUSE by declaration or affidavit under penalty of perjury.

**IT IS SO ORDERED**.

Dated:    October 2, 2018

_____
HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE