**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**
 Norman B. Blumenthal (State Bar #068687)
 Kyle R. Nordrehaug (State Bar #205975)
 Aparajit Bhowmik (State Bar #248066)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDA SHAHBAZIAN and EDWIN MENDOZA, individuals, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FAST AUTO LOANS, INC., a California Corporation; and Does 1 through 50, Inclusive,<br><br>Defendant. | CASE No. **2:18-cv-03076-ODW-KS**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Hearing Date: December 10, 2018<br>Hearing Time: 1:30 p.m.<br><br>Judge: Hon. Otis D. Wright II<br><br>First Street Courthouse,<br>350 W. 1st Street<br>Los Angeles, CA 90012<br>Courtroom 5D, Fifth Floor |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** on December 10, 2018, at 1:30 p.m. in the United States District Court for the Central District of California, located at the First Street Courthouse, Courtroom 5D - 5th Floor, 350 W. 1st Street, Los Angeles, CA 90012, before District Judge Otis D. Wright II, Plaintiffs Linda Shahbazian and Edwin Mendoza ("Plaintiffs") will move for preliminary approval of the proposed class settlement with Defendant Fast Auto Loans, Inc. ("Defendant").  This motion is unopposed as based on the Class Action Settlement Agreement ("Agreement") between the parties filed concurrently with this motion.

This motion is filed in accordance with the Order dated October 3, 2018 [Dkt. No. 33]. The motion will be based on this Notice of Motion and the attached Memorandum of Points and Authorities filed herewith, the Declaration of Kyle Nordrehaug and attached exhibits, the argument of counsel and upon such other material contained in the file and pleadings of this action.  Counsel for the Parties have met and conferred, and have agreed on the filing of this motion, which is therefore not opposed as it is based on the Agreement between the Parties.

Respectfully submitted,

Dated: October 25, 2018    BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP

By:     */s/ Kyle Nordrehaug*
Norman B. Blumenthal
Kyle R. Nordrehaug
Attorneys for Plaintiffs