**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA SHAHBAZIAN and EDWIN MENDOZA, individuals, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FAST AUTO LOANS, INC., a California Corporation; and Does 1 through 50, Inclusive,<br><br>Defendant. | CASE No. **2:18-cv-03076-ODW-KS**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**<br><br>Hearing Date: October 21, 2019<br>Hearing Time: 1:30 p.m.<br><br>Judge: Hon. Otis D. Wright II<br>Courtroom 5D, Fifth Floor<br><br>First Street Courthouse,<br>350 W. 1st Street<br>Los Angeles, CA 90012 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** on October 21, 2019, at 1:30 p.m. in the United States District Court for the Central District of California, located at the First Street Courthouse, Courtroom 5D - 5th Floor, 350 W. 1st Street, Los Angeles, CA 90012, before District Judge Otis D. Wright II, Plaintiffs Linda Shahbazian and Edwin Mendoza ("Plaintiffs") will move for final approval of the proposed Class Settlement with Defendant Fast Auto Loans, Inc. ("Defendant").

This motion is brought in accordance with the Order dated June 20, 2019 [Doc. No. 39] and Fed. R. Civ. P. Rule 23(h). This motion is unopposed and based on the Class Action Settlement Agreement ("Agreement") between the parties filed concurrently with this motion.

The motion will be based on this Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Norman Blumenthal and attached exhibits, the Declaration of Susanna Webb (Settlement Administrator), the argument of counsel, and upon such other material contained in the file and pleadings of this action.

This motion is made following the conference of counsel wherein the parties agreed on the filing of this unopposed motion based upon the Agreement.

Respectfully submitted.

Dated: September 16, 2019  BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP

By: */s/ Norman Blumenthal*
Norman B. Blumenthal
Kyle R. Nordrehaug
Attorneys for Plaintiffs