UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 18-03076-ODW(KSx) | Date | October 21, 2019 |
| Title | Linda Shahbazian et al v. Fast Auto Loans, Inc. et al | | |

| Present: The Honorable | OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE |
|---|---|
| Sheila English | C/S: 10-21-19 |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Kyle R Nordrehaug | Nicky Jatana, telephonic |

**Proceedings:**   MOTION for Attorney Fees and Costs **[40]**; MOTION for Settlement Approval **[42]**

  Case called, appearances made. Defense counsel appears telephonically. The Court having carefully considered the papers submitted by the parties. The Court modifies the amounts awarded. Counsel are ordered to prepare a joint proposed final approval order and submit it to the Court. The matters are submitted.

IT IS SO ORDERED.

                                                                                              :   10
                                                                       Initials of Preparer      se