UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 2:18-cv-03076-ODW (KSx) | Date | December 2, 2019 |
|---|---|---|---|
| Title | *Linda Shahbazian et al. v. Fast Auto Loans, Inc. et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

On November 8, 2019, the Court issued an order granting final approval to class action settlement and granting in part motion for attorneys' fees and costs. (ECF No. 48.) Accordingly, the Court hereby **ORDERS** the parties to file a joint proposed final judgment no later than **December 16, 2019**.

**IT IS SO ORDERED.**

: 00

Initials of Preparer    SE