UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA SHAHBAZIAN and EDWIN MENDOZA, individuals, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>FAST AUTO LOANS, INC., a California Corporation; and Does 1 through 50, Inclusive,<br><br>Defendant. | CASE NO. **2:18-cv-03076-ODW(KS)**<br><br>Assigned to: Hon. Otis D. Wright II<br><br>**FINAL JUDGMENT** |

On November 8, 2019, the Court granted final approval of the parties' class action settlement and awarded Plaintiff's attorney's fees, costs, and service awards. (Dkt. No. 48.) Final judgment is therefore ordered on the terms set forth in the Order Granting Final Approval To Class Action Settlement, dated November 8, 2019. Specifically, Plaintiffs and Participating Class Members will take that which is stated in the Class Action Settlement Agreement; and all claims in the Second Amended Complaint are dismissed in their entirety with prejudice as to Defendant.

Without affecting the finality of the Judgment, the Court will have continuing jurisdiction over the Action and the Settlement solely for purposes of (i) enforcing the Settlement Agreement, including resolution of any dispute concerning any provision of the Agreement, (ii) addressing settlement administration matters, and (iii) addressing such post-Judgment matters as may be appropriate under court rules or applicable law.

The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

12/11/19_____

HON. OTIS D. WRIGHT II
U.S. DISTRICT COURT JUDGE